IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CURTIS LEE MARTIN                                                                    PLAINTIFF

VS.                                    CASE NO. 06-CV-1042

JAMES ROBINSON, Sheriff, Ashley
County, Arkansas, Individually and in
his official capacity; and MARILYN
SMITH, Chief Deputy, Ashley County,
Arkansas, Individually and in her
official capacity                                                                    DEFENDANTS

## ORDER

Before the Court is a Motion for Costs and Expenses filed on behalf of the Defendants, James Robinson and Marilyn Smith. (Doc. Nos. 8 and 11). Defendants seek an award of costs and expenses duplicated as a result of the refiling of this action. The Plaintiff has not filed a response to the motion.

Plaintiff initiated a civil action against the Defendants in January 3003. *See Martin v. Robinson, et al.,* Civil No. 03-1102. As that action was preparing for trial, the parties filed a Joint Motion for Plaintiff's Voluntary Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Court granted the motion to dismiss without prejudice, noting that if Plaintiff refiled the claim in any court, he would be ordered to pay any costs and expenses, including reasonable attorney's fees, which are duplicated as a result of refiling. Plaintiff has refiled the identical claims against the Defendants previously brought in his dismissed cause of action. The Defendants seek an award of costs and expenses duplicated as a result of the

refiling.

Under Rule 41(d) of the Federal Rules of Civil Procedure, if a plaintiff who once has dismissed an action in any court commences another action on the same claim against the same defendant, the Court may require the payment of costs in the prior action before proceeding with the second action. However, such action is discretionary with the Court and will not be imposed if it appears that there is a good reason for the dismissal of the prior action or if the Plaintiff is financially unable to pay the costs.

Upon consideration, the Court finds that the motions for costs and expenses filed on behalf of the Defendants in this case should be and hereby are **denied**.

IT IS SO ORDERED, this 27th day of November, 2006.

    /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge